# Third District Court of Appeal

## State of Florida

Opinion filed August 5, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0297
Lower Tribunal No. F05-31344A
_____

**Phillip Davis,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315 (a) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Phillip Davis, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed on the authority of Florida Rule of Appellate Procedure 9.315(a) ("After service of the initial brief . . . the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").